UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MURAD LADAK,

     Petitioner,

v.                                                                                     No. 1:26-CV-197-H

MARKWAYNE MULLIN, et al.,

     Respondents.

## ORDER OF DISMISSAL

Before the Court is the petitioner's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case without prejudice. Dkt. No. 3. Because the respondents have not filed an answer, it is ordered that the petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on May 21, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE